# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

## DIVISION II

| | |
|---|---|
| STATE OF WASHINGTON, | No. 58483-2-II |
| Respondent, | |
| v. | ORDER GRANTING MOTION FOR RECONSIDERATION AND ORDER |
| CHAD LEE JAMES HUGHES, | WITHDRAWING OPINION |
| Appellant. | |

Respondent moves for reconsideration of the court's April 1, 2025 opinion. Upon consideration, the motion for reconsideration is GRANTED. This court's previously filed unpublished opinion is withdrawn. The court will issue an amended opinion in due course. Accordingly, it is

SO ORDERED.

PANEL: Jj. Maxa, Veljacic, Glasgow

FOR THE COURT:

_____
MAXA, J.